LORENZO HUPSCH, appellant,

*v.*

MARY RESCH, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Hupsch* v. *Resch*, *18 Stew. Eq. 657*.

*Mr. R. V. Lindabury*, for the appellant.

*Mr. S. B. Ransom*, for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the court below.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER —10.

*For reversal*—None.